UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LEE JOHNSEN,<br><br>Plaintiff,<br><br>v.<br><br>HARLAN and GOMEZ,<br><br>Defendant. | CASE NO. C19-58 MJP<br><br>ORDER OF DISMISSAL |

Late last year, Defendants provided the Court with notice of the death of Plaintiff. Dkt. No. 49. This triggered an order pursuant to FRCP 25(a) that the "suggesting party" file a formal notice of death and serve "non-party successors of the deceased with the suggestion of death." This triggers a 90-day time period in which any non-party successor of the deceased plaintiff must appear and substitute in for the decedent. Dkt. No. 51. Failure to do so requires dismissal of the decedent's lawsuit. FRCP 25(a)(1); *see also* Barlow v. Ground, 39 F.3d 231, 233 (9th Cir. 1994).

1    Defendants complied with the Court's directive, filing a Notice of Death of Plaintiff and
2 Existence of Lawsuit and mailing that notice to the successors of Plaintiff (his mother and
3 daughter) whom they were able to identify.  Dkt. No. 52.  Over 90 days have elapsed since the
4 notification to Plaintiff's successors and no appearance has been made, therefore
5    IT IS ORDERED that, pursuant to FRCP 25(a), the above-entitled matter is
6 DISMISSED.

8    The clerk is ordered to provide copies of this order to all counsel.
9    Dated May 18, 2020.

        Marsha J. Pechman
        United States Senior District Judge

ORDER OF DISMISSAL - 2